RICHARD SEGERBLOM, ESQ.
Nevada Bar No. 1010
602 South 10th Street
Las Vegas, Nevada 89101
Tel: (702) 388-9600
rsegerblom@lvcoxmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

FELICIA HAYES,

        Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT,

        Defendant.

**C O M P L A I N T**
**(Jury Demanded)**

COMES NOW Plaintiff and complains of Defendant as follows:

**First Cause of Action**

**(Title VII - Race)**

I.

This is a civil rights in employment lawsuit based upon Title VII and the ADEA. Jurisdiction and venue are based upon 28 U.S.C. § 1331.

II.

Plaintiff FELICIA HAYES is a 56 year old African-American female residing in Clark County, Nevada. Defendant CLARK COUNTY SCHOOL DISTRICT (hereinafter "CCSD") is a local government employer organized under the laws of the State of Nevada.

III.

The Plaintiff was employed by CCSD in 2003 as a substitute teacher. She promoted to a Special Education Teacher. She was subjected to unequal terms and conditions and discipline, primarily because of her race and age. When she complained that this discriminatory treatment was because of her race and age she was discharged in May, 2021.

IV.

After she was terminated the Plaintiff filed a Charge of Discrimination with the EEOC, a copy of which is attached hereto and the facts set forth therein are hereby incorporated by reference. That Charge alleged Title VII and ADEA claims based upon race, age and retaliation. A right to sue letter based upon the charge and amended charge has been received and this lawsuit is being filed within 90 from the receipt of that letter, a copy of which is attached to this complaint.

V.

As a direct result of the Defendant's discriminatory and retaliatory acts the Plaintiff has suffered financial loss, physical injuries and emotional distress based upon those injuries.

**Second Cause of Action**

**(Title VII - Retaliation)**

VI.

The Plaintiff repleads and realleges the allegations contained in paragraphs I through IV as though fully set forth herein.

2

VII.

The above described acts of Defendant CCSD were done in retaliation for the Plaintiff's actions in complaining about discriminatory conduct and the Plaintiff has been harmed as a direct result of said acts.

### Third Cause of Action

### (Age Discrimination)

VIII.

The Plaintiff repleads and realleges the allegations contained in paragraphs I through VI as though fully set forth herein.

IX.

The above described acts of CCSD constitute violations of the Age Discrimination in Employment Act (ADEA) and the Plaintiff has been harmed as a direct result of said acts.

WHEREFORE, Plaintiff prays for the following relief:

1. Reinstatement with full backpay, benefits and prejudgment interest;
2. Compensatory damages in an amount of $300,000;
3. Attorney's fees and costs of suit; and
4. Such other and further relief as the Court may wish to entertain.

DATED this 29th day of December, 2022.

RICHARD SEGERBLOM, ESQ.
602 South 10th Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

3

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>487-2022-00043 |
|---|---|---|

**NEVADA EQUAL RIGHTS COMMISSION** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**MS. FELICIA A HAYES** | Home Phone<br>**(725) 204-2468** | Year of Birth<br>**1966** |
|---|---|---|

Street Address                City, State and ZIP Code
**505 KASPER AVE., LAS VEGAS, NV 89106**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**CLARK COUNTY SCHOOL DISTRICT** | No. Employees, Members<br>**501+** | Phone No.<br>**(702) 799-7185** |
|---|---|---|

Street Address                City, State and ZIP Code
**2505 N. BRUCE ST., NORTH LAS VEGAS, NV 89030**

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address                City, State and ZIP Code

| DISCRIMINATION BASED ON (*Check appropriate box(es).*)<br>☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (*Specify*) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest          Latest<br>**09-01-2020    05-28-2021**<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

On or about August 01, 2003 I was hired by Clark County School District in the position of Substitute Teacher. My last position held was Special Education Teacher. This past school year I received a low evaluation from my Supervisor, Jennifer Leifer. Ms. Leifer gave me ones in areas that I feel I should have deserved threes. Ms. Leifer never counseled me on any issues with my performance. Ms. Leifer subjected  to unequal terms and conditions of my employment when she would pick and chose if an employee would be disciplined. My SLD class was removed from me and given to another co-worker. On or about May 28, 2021 I was discharged.

I believe I have been discrimainted against based on my Age (Over the Age of 40), in violation of the Age Discrimination Act of 1967, as amended, my Race (African American), and retaliated against for engaging in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Felicia A Hayes on 01-06-2022 02:01 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Los Angeles District Office
255 East Temple St, 4th Floor
Los Angeles, CA 90012
(213) 785-3090
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 09/28/2022

To: Ms. Felicia A. Hayes
505 Kasper Ave.
LAS VEGAS, NV 89106
Charge No: 487-2022-00043

EEOC Representative and email:   Karrie Maeda
State, Local & Tribal Program Manager
karrie.maeda@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 487-2022-00043.

On behalf of the Commission,

Digitally Signed By:Christine Park-Gonzalez
09/28/2022

Christine Park-Gonzalez
Acting District Director