RICHARD SEGERBLOM, ESQ.
Nevada Bar No. 1010
602 S. 10th Street
Las Vegas, Nevada 89101
Tel: (702) 388-9600
Fax: (702) 385-2909
rsegerblom@lvcoxmail.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA HAYES,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 2:22-cv-02167-MMD-NJK |

**STIPULATION AND ORDER TO EXTEND THE TIME IN WHICH PLAINTIFF MAY RESPOND TO DEFENDANT'S MOTION TO DISMISS**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective counsel of record, that Plaintiff shall have an extension of time up to and including May 1, 2023, within which to respond to Defendant's Motion to Dismiss which was filed on April 3, 2023, and the Plaintiff's response was due on April 17, 2023.

This request is necessary because Plaintiff's counsel serves as an elected county commissioner in addition to being a sole practitioner and thus he has do much of his legal work during the weekend.  The Easter holiday weekend and additional county commission duties related to the 2023 legislative session require

additional time for Plaintiff's counsel's to complete his opposition to the Defendant's motion to dismiss. .

This is the first request for an extension of time.

Dated this 12th day of April, 2023.

/s/ Richard Segerblom
RICHARD SEGERBLOM, ESQ.
602 S. 10th Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

**IT IS HEREBY STIPULATED AND AGREED**,.

DATED this 12th day of April, 2023.

| Richard Segerblom, Ltd. | CLARK COUNTY SCHOOL DIST |
|---|---|
| /s/ Richard Segerblom<br>RICHARD SEGERBLOM, ESQ.<br>602 S. 10th Street<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff | /s/ Betty Foley<br>Betty J. Foley, ESQ.<br>CLARK COUNTY SCHOOL DIST<br>5100 West Sahara Avenue<br>Las Vegas, Nevada  89146<br>Attorney for Defendant |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 13, 2023

2