# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FELICIA HAYES,

    Plaintiff(s),

v.

CLARK COUNTY SCHOOL DISTRICT,

    Defendant(s).

Case No. 2:22-cv-02167-MMD-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint proposed discovery plan must be filed by May 26, 2023.

    IT IS SO ORDERED.

    Dated: May 19, 2023

                                            Nancy J. Koppe
                                            United States Magistrate Judge