# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA HAYES, | Case No.: 2:22-cv-02167-MMD-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 46] |
| CLARK COUNTY SCHOOL DISTRICT, | |
| Defendant. | |

Pending before the Court is the parties' stipulation for settlement conference dates, Docket No. 46, which is **GRANTED**. The settlement conference is hereby **RESET** for 10:00 a.m. on January 2, 2025. Any renewed settlement statements must be submitted by 3:00 p.m. on December 27, 2024. All other requirements set forth in the Court's order at Docket No. 43 continue to apply.

IT IS SO ORDERED.

Dated: November 21, 2024

_____
Nancy J. Koppe
United States Magistrate Judge