CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
BETTY J. FOLEY, ESQ.
Nevada Bar No. 14517
5100 West Sahara Avenue
Las Vegas, Nevada  89146
Telephone:  (702) 799-5373
Facsimile:   (702) 799-7243
foleybj@nv.ccsd.net
*Attorneys for Defendant*
*Clark County School District*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA HAYES,<br><br>    Plaintiff,<br><br>  v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>    Defendant. | Case No.  2:22-cv-02167-MMD-NJK<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2, LR 26-3, Plaintiff FELICIA HAYES ("Plaintiff"), by and through her attorney of record, and Defendant CLARK COUNTY SCHOOL DISTRICT ("Defendant"), by and through its attorneys of record, hereby stipulate and request that this Court extend the Joint Pretrial Order deadline of February 3, 2025 (ECF 42), for thirty (30) days, up to and including **March 5, 2024**. This is the first request for an extension of time to the Joint Pretrial Order deadline. This request is made within twenty-one (21) days of the current deadline, and the parties believe there is good cause for the extension.

IN CONSIDERATION OF THE FOLLOWING:

1. On August 19, 2024, pursuant to the Court's Order (ECF 42) Granting in Part and Denying in Part Defendant's Motion for Summary Judgment, pursuant to LR 16-5 this case was referred to the Magistrate Judge for a settlement conference.  The Order also

directed that if the case did not settle, the parties must file their joint pretrial order 30 days after the conclusion of the settlement conference. ECF 42, p. 11.

2. A settlement conference was originally scheduled for November 6, 2024 (ECF 43) but did not proceed due to Plaintiff's counsel's family medical emergency that day (ECF 45). The settlement conference was reset to January 2, 2024 (ECF 47).

3. The settlement conference was not successful. (ECF 48).

4. In light of the Court's Order (ECF 42) on Defendant's Motion for Summary Judgment, the parties have significantly differing views regarding how trial should proceed, the exhibits that will be stipulated into evidence, and the length of time necessary to complete the trial, which differences will require significant discussion between the parties in compliance with LR 16-3(b) in order to come to agreement on a Joint Pretrial Order.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE that deadline to file the Joint Pretrial Order be extended for an additional 30 days to March 5, 2024. This request is made in good faith and not for the purpose of delay.

DATED: 1/22/25

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/ Betty Foley
    Betty J. Foley, Esq.
    Nevada Bar No. 14517
    5100 West Sahara Avenue
    Las Vegas, NV 89146
    *Attorney for Clark County School District*

DATED: 1/22/25

PLAINTIFF FELICIA HAYES

By: /s/ Richard Segerblom
    Richard Segerblom, Esq.
    Nevada Bar No. 1010
    602 S. 10th Street
    Las Vegas, NV 89101
    *Attorney for Plaintiff*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: January 23, 2025