RICHARD SEGERBLOM, ESQ.
Nevada Bar No. 1010
602 S. 10th Street
Las Vegas, Nevada 89101
Tel: (702) 388-9600
Fax: (702) 425-8220
rsegerblom@lvcoxmail.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

FELICIA HAYES,               )
                             )
        Plaintiff,           )
                             )
vs.                          )    Case No. 2:22-cv-02167-MMD-NJK
                             )
CLARK COUNTY SCHOOL DISTRICT,)
                             )
        Defendant.           )
                             )
                             )
                             )
                             )
_____)

**ORDER GRANTING**
**STIPULATION AND ORDER TO EXTEND THE TIME IN WHICH PLAINTIFF MAY RESPOND TO DEFENDANT'S MOTION TO LIMINE**
**(First Request)**

   IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective counsel of record, that Plaintiff shall have an extension of time up to and including August 18, 2025, within which to respond to Defendant's Motion to in Limine which was filed on July 23, 2025, and the Plaintiff's response was due on August 6, 2025 .

   This request is necessary because Plaintiff's counsel serves as an elected county commissioner in addition to being a sole practitioner and thus he has do much of his legal work during the weekend.  With out disclosing his age Plaintiff's counsel's birthday was August 4 and he had family visiting from out of town prior

to his birthday up until today, August 5, 2025, which prevented him from working on the Defendant's motion during the weekend.

This is the first request for an extension of time.

Dated this 5th day of August, 2025.

                      /s/ Richard Segerblom
RICHARD SEGERBLOM, ESQ.
602 S. 10th Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

**IT IS HEREBY STIPULATED AND AGREED**.

DATED this <u>6th</u> day of August, 2025.

| Richard Segerblom, Ltd. | CLARK COUNTY SCHOOL DIST |
|---|---|
| /s/ Richard Segerblom<br>RICHARD SEGERBLOM, ESQ.<br>602 S. 10th Street<br>Las Vegas, Nevada 89101<br><br>Attorney for Plaintiff | /s/ Jacqueline Nichols<br>Jacqueline Nichols, ESQ.<br>Weinberg, Wheeler et al, LLC<br>6385 S. Rainbow, Ste. 400<br>Las Vegas, Nevada  89118<br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  August 7, 2025

2