# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA HAYES,<br><br>    Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>    Defendant(s). | Case No. 2:22-cv-02167-MMD-NJK<br><br>**Order**<br><br>[Docket No. 63] |

Pending before the Court is a motion to withdraw as Plaintiff's counsel. Docket No. 63. The Court **VACATES** the hearing set for September 3, 2025.

IT IS SO ORDERED.

Dated: September 2, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1