CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
BETTY J. FOLEY, ESQ.
Nevada Bar No. 14517
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
foleybj@nv.ccsd.net

Phillip N. Smith, Jr., Esq.
Nevada Bar No. 10233
psmithjr@wwhgd.com
Jacqueline V. Nichols, Esq.
Nevada Bar No. 14246
jnichols@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant*
*Clark County School District*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA HAYES,<br><br>        Plaintiff,<br><br>   v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>        Defendant. | Case No. 2:22-cv-02167-MMD-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING DEADLINE**<br><br>**(FIRST REQUEST)** |

     Plaintiff FELICIA HAYES ("Plaintiff"), by and through her attorney of record, and Defendant CLARK COUNTY SCHOOL DISTRICT ("Defendant"), by and through its attorneys of record, hereby stipulate and request that this Court extend the deadline for the parties to submit

their briefs regarding wages. This request is made in good faith and the parties believe there is good cause for the extension.

IN CONSIDERATION OF THE FOLLOWING:

1.  A jury trial commenced before this Court during the week of November 7, 2025.

2.  A jury entered a verdict in favor of Plaintiff.

3.  As a result, the parties agreed to submit simultaneous briefing to the Court regarding wages, if any, owed to Plaintiff as a result of the verdict.

4.  The Court issued an order directing the parties to submit briefing on or before December 8, 2025.

5.  After the trial, counsel for Defendant was notified that an oral argument was scheduled for December 9, 2025 before the Nevada Supreme Court in ACLU v. Clark County School District in Carson City, Nevada.

6.  Counsel for Defendant has been preparing for the oral argument and spent the entire day on December 8, 2025 traveling.

7.  As a result, counsel for Defendant did not have an opportunity to complete briefing.

8.  The parties have agreed to extend the briefing related to the issue of wages from December 8, 2025 to December 11, 2025.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    NOW THEREFORE, THE PARTIES HEREBY STIPULATE that deadline to file the

2  briefing related to wages, and any supplements thereto, be extended for an additional 3 days to

3  December 11, 2025.  This request is made in good faith and not for the purpose of delay.

4  DATED:  December 8, 2025                      DATED:  December 8, 2025

5  CLARK COUNTY SCHOOL DISTRICT          PLAINTIFF FELICIA HAYES
   OFFICE OF THE GENERAL COUNSEL
6

7  By: /s/ Jacqueline Nichols                    By: /s/ Richard Segerblom
       Betty J. Foley, Esq.                           Richard Segerblom, Esq.
8      Nevada Bar No. 14517                          Nevada Bar No. 1010
       5100 West Sahara Avenue                       602 S. 10th Street
9      Las Vegas, NV  89146                          Las Vegas, NV  89101
                                                     *Attorney for Plaintiff*
10
       Jackie V. Nichols, Esq.
11     Nevada Bar No. 14246
       6385 South Rainbow Blvd., Suite 400
12     Las Vegas, Nevada 89118

13     *Attorneys for Clark County School District*

14

15                                 **IT IS SO ORDERED.**

16

17                                 _____
                                   UNITED STATES DISTRICT JUDGE
18
                                   DATED: December 9, 2025
19

20

21

22

23

24

25

26

27

28