RICHARD SEGERBLOM, ESQ.
Nevada Bar No. 1010
602 S. 10th Street
Las Vegas, Nevada 89101
Tel: (702) 388-9600
Fax: (702) 425-8220
rsegerblom@lvcoxmail.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA HAYES,                )<br>            Plaintiff,          )<br>                                        )<br>vs.                                   )<br>                                        )<br>CLARK COUNTY SCHOOL DISTRICT, )<br>                                        )<br>            Defendant.       )<br>_____) | Case No. 2:22-cv-02167-MMD-NJK |

**<u>ORDER GRANTING STIPULATION TO EXTEND THE TIME IN WHICH PLAINTIFF MAY RESPOND TO DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW, OR ALTERNATIVELY, MOTION FOR A NEW TRIAL</u>**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective counsel of record, that Plaintiff shall have an extension of time up to and including January 5, 2026, within which to respond to Defendant's Renewed Motion to for Judgment as a Matter of Law, or Alternatively, Motion for a New Trial, which was filed on December 4, 2025, and the Plaintiff's response is due on December 18, 2025.

This request is necessary because Plaintiff's counsel serves as an elected county commissioner in addition to being a sole practitioner and thus he has to do much of his legal work during the weekend.  There are two weekends between

December 4 and December 18, the first weekend was spent preparing and filing a brief on backpay which the Court had requested. That leaves only one weekend to prepare a response to the Motion at hand.

Additionally, because of the holidays there are numerous events and/or parties during December which make it difficult to spend the time needed to fully prepare the opposition. Accordingly, Plaintiff's counsel respectfully requests that he have until Monday, January 4, 2026, to file his opposition.

This is the first request for an extension of time.

Dated this 10th day of December, 2025.

/s/ Richard Segerblom
RICHARD SEGERBLOM, ESQ.
602 S. 10th Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

**IT IS HEREBY STIPULATED AND AGREED**.

DATED this 10th day of December, 2025.

| Richard Segerblom, Ltd. | CLARK COUNTY SCHOOL DIST |
|---|---|
| /s/ Richard Segerblom<br>RICHARD SEGERBLOM, ESQ.<br>602 S. 10th Street<br>Las Vegas, Nevada 89101<br><br>Attorney for Plaintiff | /s/ Jacqueline Nichols<br>Jacqueline Nichols, ESQ.<br>Weinberg, Wheeler et al, LLC<br>6385 S. Rainbow, Ste. 400<br>Las Vegas, Nevada 89118<br>Attorneys for Defendant |

2

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 11, 2025