Phillip N. Smith, Jr., Esq.
Nevada Bar No. 10233
psmithjr@wwhgd.com
Trisha R. Delos Santos, Esq.
Nevada Bar No. 15902
tdelossantos@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile:  (702) 938-3864

*Attorneys for Defendant,
Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FELICIA HAYES<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT<br><br>Defendant. | Case No.:   2:22-cv-02167-MMD-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW, OR ALTERNATIVELY, MOTION FOR NEW TRIAL (FIRST REQUEST)** |

PLEASE TAKE NOTICE that Plaintiff FELICIA HAYES and Defendant CLARK COUNTY SCHOOL DISTRICT ("CCSD"), by and through their respective counsel of record, hereby stipulate and agree that CCSD shall have an extension to file its Reply Brief in support of its Renewed Motion for Judgment as a Matter of Law, or Alternatively, Motion for New Trial (the "Reply"). The current deadline is January 12, 2025. The Parties agree that CCSD may file their Reply on or before January 19, 2025.

This request is necessary because lead trial counsel, Jacqueline V. Nichols, Esq., is no longer an attorney at Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and CCSD's counsel requires additional time to complete the Reply brief in light of Mrs. Nichols' absence.

/ / /

/ / /

1. This is the first request for an extension of time for the Reply.

**IT IS SO STIPULATED.**

DATED this 7th day of January, 2026.  DATED this 7th day of January, 2026.

**RICHARD SEGERBLOM, LTD**  **WEINBERG, WHEELER, HUDGINS GUNN & DIAL, LLC**

*/s/ Richard Segerblom*
Richard Segerblom, Esq.
602 S. 10th Street
Las Vegas, Nevada 89101

*Attorney for Plaintiff*

*/s/ Phillip N. Smith*
Phillip N. Smith, Jr., Esq.
Trisha R. Delos Santos, Esq.
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

*Attorneys for Defendant Clark County School District*

## ORDER

The Parties' Stipulation is GRANTED. Defendant shall have until January 19, 2026, to file its Reply Brief in Support of its Renewed Motion for Judgment as a Matter of Law, or Alternatively, Motion for New Trial.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: January 8, 2026

# Gomez, Vickie

| | |
|---|---|
| **From:** | tick segerblom <rsegerblom@lvcoxmail.com> |
| **Sent:** | Wednesday, January 7, 2026 11:01 AM |
| **To:** | Smith, Jr., Phillip N. |
| **Cc:** | Delos Santos, Trisha R. |
| **Subject:** | Re: Hayes v. CCSD |

**This Message originated outside your organization.**



and go ahead and sign for me.  thanks.

> On Jan 7, 2026, at 10:49 AM, Smith, Jr., Phillip N. <PSmithJr@wwhgd.com> wrote:
>
> One week works. We will prepare a stip. And thank you.
>
>> **From:** tick segerblom <rsegerblom@lvcoxmail.com>
>> **Sent:** Wednesday, January 7, 2026 5:21 AM
>> **To:** Smith, Jr., Phillip N. <PSmithJr@wwhgd.com>
>> **Subject:** Re: Hayes v. CCSD
>> **Importance:** High
>>
>> **This Message originated outside your organization.**
>>
>> i can stipulate to a short extension but my client has been out of work for 4 and 1/2 years so is eager to keep the case moving.  how about 1 week - the reply should be easy
>>
>>> On Jan 6, 2026, at 3:53 PM, Smith, Jr., Phillip N. <PSmithJr@wwhgd.com> wrote:
>>>
>>> Tick:
>>>
>>> Happy New Year and I hope you are well.
>>>
>>> Jackie is no longer with our firm. Due to some medical and other issues, she had been unable to meaningfully participate in any of her cases, to including this one. Our reply to your opposition to our motion to judgment as a matter of law is due in less than a week.

1

Would you agree to stipulate to extend our response deadline? I will basically be starting over as I haven't had anything else to do with this case since I tried it, and we are also somewhat busy with triaging all of her other cases.

It's also my understanding that we are still awaiting some transcripts from the trial.

Please advise.

Phillip

<2025e-sig_34063201-74e3-4436-a108-c4e0d0fccb72.png>

Phillip N. Smith, Jr.

Attorney

6385 South Rainbow Blvd. | Suite 400 | Las Vegas, NV 89118

D: 702.938.3844 | F: 702.938.3844

www.wwhgd.com  | vCard

The information contained in this message may contain privileged client confidential information. If you have received this message in error, please delete it and any copies immediately.

<2025e-sig_34063201-74e3-4436-a108-c4e0d0fccb72.png>