Phillip N. Smith, Jr., Esq.
Nevada Bar No. 10233
*psmithjr@wwhgd.com*
Trisha R. Delos Santos, Esq.
Nevada Bar No. 15902
*tdelossantos@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile:  (702) 938-3864

*Attorneys for Defendant,*
*Clark County School District*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA HAYES<br><br>    Plaintiff,<br><br>  vs.<br><br>CLARK COUNTY SCHOOL DISTRICT<br><br>    Defendant. | Case No.:    2:22-cv-02167-MMD-NJK<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Pursuant to LR IA 11-6, Defendant, by and through their counsel of record, hereby submit this motion. Jacqueline V. Nichols no longer serves as counsel for Defendant in this matter. Thus, it is requested that Ms. Nichols be withdrawn from this matter and removed from the CM/ECF service list (jnichols@wwhgd.com) and any other service lists for this matter.

Defendants will continue to be represented by their counsel of record at the firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC.

Dated: January 7, 2026.

    */s/ Phillip N. Smith*
    Phillip N. Smith, Jr., Esq.
    Trisha R. Delos Santos, Esq.
    WEINBERG, WHEELER, HUDGINS,
     GUNN & DIAL, LLC
    6385 South Rainbow Blvd., Suite 400
    Las Vegas, Nevada 89118
    *Attorneys for Defendant,*
    *Clark County School District*

1  **ORDER**

2  It is so ordered that Jacqueline V. Nichols be withdrawn from this matter and removed

3  from the CM/ECF service list (jnichols@wwhgd.com) and any other service lists for this matter.

4  DATED: January 8, 2026

_____
UNITED STATES MAGISTRATE JUDGE