Phillip N. Smith, Jr., Esq.
Nevada Bar No. 10233
*psmithjr@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone:  (702) 938-3838
Facsimile:   (702) 938-3864
*Attorneys for Defendant,*
*Clark County School District*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA HAYES<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CLARK COUNTY SCHOOL DISTRICT<br><br>　　　　　　Defendant. | Case No.:  2:22-cv-02167-MMD-NJK<br><br>**MOTION TO REMOVE COUNSEL<br>FROM CM/ECF SERVICE LIST** |

Pursuant to LR IA 11-6, Defendant, by and through their counsel of record, hereby submit this motion. Trisha R. Delos Santos no longer serves as counsel for Defendant in this matter and is no longer an attorney at the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC. Thus, it is requested that Ms. Delos Santos be withdrawn from this matter and removed from the CM/ECF service list (tdelossantoss@wwhgd.com) and any other service lists for this matter.

Defendants will continue to be represented by their counsel of record, Phillip N. Smith, Jr., at the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC.

Dated: April 21, 2026.

IT IS SO ORDERED.
Dated:  April 22, 2026
.
.

_____
United States Magistrate Judge

*/s/ Phillip N. Smith, Jr.*
　Phillip N. Smith, Jr., Esq.
　WEINBERG, WHEELER, HUDGINS,
　 GUNN & DIAL, LLC
　6385 South Rainbow Blvd., Suite 400
　Las Vegas, Nevada 89118
　*Attorneys for Defendant,*
　*Clark County School District*