UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FELICIA HAYES,<br><br>                              Plaintiff,<br><br>        v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>                              Defendant. | Case No. 2:22-cv-02167-MMD-NJK<br><br>ORDER |

Following trial, the jury returned a verdict in favor of Plaintiff Felicia Hayes and against her former employer, Defendant Clark County School District ("CCSD"), on her race discrimination in employment claim under Title VII of the Civil Rights Act of 1964. The parties submitted supplemental briefs on Plaintiff's request for back pay. (ECF Nos. 101, 108.) After hearing oral argument, the Court granted Plaintiff's request for back pay. (ECF No. 129.) Because of potential disputes as to Plaintiff's former salary, the Court directed CCSD to file a notice as to Plaintiff's earnings before her termination and Plaintiff to file a proposed order. (*Id.*) Having reviewed CCSD's notice (ECF No. 130) and Plaintiff's proposed order (ECF No. 131), the Court adopts Plaintiff's proposed order, as follows:

> Plaintiff's employment with CCSD ended on July 31, 2021. She was unemployed from August 1, 2021 until the jury verdict on November 6, 2025. Based upon her salary of $59,687.00, the Plaintiff's gross backpay loss was $254,773.53. During that same period the Plaintiff earned $31,395. Deducting that amount from her gross backpay loss results in a net backpay award of $223,378. (ECF No. 131.)

//

It is therefore ordered that Plaintiff is entitled to back pay in the amount of $223,378.

DATED THIS 11th Day of May 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2