Phillip N. Smith, Jr., Esq.
Nevada Bar No. 10233
*psmithjr@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone:  (702) 938-3838
Facsimile:   (702) 938-3864

*Attorneys for Defendant,*
*Clark County School District*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA HAYES<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT<br><br>Defendant. | Case No.:    2:22-cv-02167-MMD-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS** |

PLEASE TAKE NOTICE that Plaintiff FELICIA HAYES and Defendant CLARK COUNTY SCHOOL DISTRICT ("CCSD"), by and through their respective counsel of record, hereby stipulate and agree that CCSD shall have an extension to file its Opposition to Plaintiff's Motion for Attorney's Fees and Costs (the "Opposition"). The current deadline is June 29, 2026. The Parties agree that CCSD may file its Opposition on or before July 13, 2025.

The additional time requested is necessary to allow counsel to analyze Plaintiff's requested amount for attorney's fees and costs. The Motion contains exhibits that require additional time to review and determine whether the associated costs and fees are reasonable to the request. The parties have stipulated to the extension, and no party will be prejudiced by the additional time.

/ / /

/ / /

/ / /

This is the first request for an extension of time for the Reply.

**IT IS SO STIPULATED.**

DATED this 29th day of June, 2026.         DATED this 29th day of June, 2026.

**RICHARD SEGERBLOM, LTD**                **WEINBERG, WHEELER, HUDGINS GUNN & DIAL, LLC**

*/s/ Richard Segerblom*                   */s/ Phillip N. Smith*
Richard Segerblom, Esq.                   Phillip N. Smith, Jr., Esq.
602 S. 10th Street                        6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89101                   Las Vegas, Nevada 89118
                                          *Attorneys for Defendant Clark County*
*Attorney for Plaintiff*                  *School District*

## ORDER

The Parties' Stipulation is GRANTED. Defendant shall have until July 13, 2026, to file its Opposition to Plaintiff's Motion for Attorney's Costs and Fees.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED:___June 29, 2026_____

**Archived:** Monday, June 29, 2026 1:50:25 PM
**From:** rsegerblom@lvcoxmail.com
**Sent:** Mon, 29 Jun 2026 19:24:13 +0000ARC
**To:**
**Cc:**
**Subject:** RE: Hayes v. Clark County School District; 2:22-cv-2167
**Sensitivity:** Normal

---

**This Message originated outside your organization.**

□
You have my permission to sign and file.  tick

**From:** Guevara-Gutierrez, Eva <egutierrez@wwhgd.com>
**Sent:** Monday, June 29, 2026 11:50 AM
**To:** tick segerblom <rsegerblom@lvcoxmail.com>
**Cc:** Smith, Jr., Phillip N. <PSmithJr@wwhgd.com>; Durazzo, Angelina M. <adurazzo@wwhgd.com>; Bonney, Audra R. <ABonney@wwhgd.com>
**Subject:** RE: Hayes v. Clark County School District; 2:22-cv-2167

Hello,

Attached please find the stip and order to extend the deadline. Let me know if I have your permission to affix your e-signature.

**From:** tick segerblom <rsegerblom@lvcoxmail.com>
**Sent:** Saturday, June 27, 2026 6:07 PM
**To:** Guevara-Gutierrez, Eva <egutierrez@wwhgd.com>
**Subject:** Re: Hayes v. Clark County School District; 2:22-cv-2167

**This Message originated outside your organization.**

yes.  tick

On Jun 27, 2026, at 5:46\u8239 PM, Guevara-Gutierrez, Eva <egutierrez@wwhgd.com> wrote:

Hello,

I am working with Phillip on this matter moving forward. Our opposition to Plaintiff's Motion for Attorneys' Fees and Costs is due on Monday. Can we get a two-week extension to submit our response?

Thank you,

<2025e-sig_34063201-74e3-4436-a108-c4e0d0fccb72.png>