RICHARD SEGERBLOM, ESQ.
Nevada Bar No. 1010
602 S. 10th Street
Las Vegas, Nevada 89101
Tel: (702) 388-9600
Fax: (702) 425-8220
rsegerblom@lvcoxmail.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

FELICIA HAYES,

Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT,

Defendant.

Case No. 2:22-cv-02167-MMD-NJK

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S REPLY BRIEF IN SUPPORT OF HER MOTION FOR ATTORNEY'S FEES**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective counsel of record, that Plaintiff shall have an extension of time within which to respond to Defendant's Opposition to Plaintiff's Motion for Attorney's Fees and Costs. The current deadline is July 20, 2026. The parties agree that the Plaintiff may file her opposition on or before August 10, 2026.

The additional time is necessary because counsel has numerous events, summer vacation, and visiting relatives that limit his availability to prepare an adequate response. The parties have stipulated to the extension, and no party will

be prejudiced by the additional time.

This is the first request for an extension of time.

**IT IS HEREBY STIPULATED AND AGREED**.

DATED this 17th day of July, 2026.

| | |
|---|---|
| Richard Segerblom, Ltd. | CLARK COUNTY SCHOOL DIST |
| /s/ *Richard Segerblom*<br>RICHARD SEGERBLOM, ESQ.<br>602 S. 10th Street<br>Las Vegas, Nevada 89101 | /s/ *Phillip N. Smith*<br>Phillip N. Smith, Jr.,ESQ.<br>Weinberg, Wheeler et al, LLC<br>6385 S. Rainbow, Ste. 400<br>Las Vegas, Nevada 89118 |
| Attorney for Plaintiff | Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: July 20, 2026